**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Narkey Keval TERRY, Defendant–
Appellant.**

**No. 00–7765.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 24, 2001.

Decided May 23, 2001.

Narkey Keval Terry, pro se. Randy I. Bellows, Office of the United States Attorney, Alexandria, Va, for appellee.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Narkey Keval Terry seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See United States v. Terry,* Nos. CR–96–270–A; CA–00–1521–AM (E.D.Va. Nov. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

* We recently held in *United States v. Sanders,* 247 F.3d 1399 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Appellant's *Apprendi* claim is not cognizable.